Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-10144-AMC

PANKAJ N KAMDAR  
3717 KINGSTON WAY  
BENSALEM  PA   19020

Petition Filed Date: 01/09/2018  
341 Hearing Date: 03/09/2018  
Confirmation Date: 08/08/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $430.00 | 27253104873 | 05/11/2021 | $430.00 | 26571218995 | 06/11/2021 | $430.00 | 27253116360 |
| 07/13/2021 | $430.00 | 27253117991 | 08/10/2021 | $430.00 | 27253109913 | 09/14/2021 | $430.00 | 27475681410 |
| 10/12/2021 | $430.00 | 26571235825 | 11/09/2021 | $430.00 | 27475686898 | 12/15/2021 | $430.00 | 26571241866 |
| 01/14/2022 | $430.00 | 27475699904 | 02/15/2022 | $430.00 | 26571246658 | 03/14/2022 | $430.00 | 26571248357 |
| 04/12/2022 | $430.00 | 27532780195 | 05/12/2022 | $430.00 | 27856591064 | 06/13/2022 | $430.00 | 27856599636 |
| 07/12/2022 | $430.00 | 28233276390 | | | | | | |

**Total Receipts for the Period: $6,880.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | CITIZENS BANK NA<br>»» 005 | Unsecured Creditors | $73,417.54 | $16,432.16 | $56,985.38 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $7,811.15 | $1,748.26 | $6,062.89 |
| 4 | FLAGSTAR BANK<br>»» 004 | Mortgage Arrears | $791.56 | $791.56 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $3,918.09 | $876.93 | $3,041.16 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | KENNETH G HARRISON ESQ<br>»» 003 | Attorney Fees | $1,400.00 | $1,400.00 | $0.00 |

**Chapter 13 Case No. 18-10144-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,220.00 | Current Monthly Payment: | $430.00 |
| Paid to Claims: | $21,248.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,971.08 | Total Plan Base: | $25,800.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.