United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pankaj N. Kamdar  
  Debtor

Case No. 18-10144-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pankaj N. Kamdar, 3717 Kingston Way, Bensalem, PA 19020-1423 |
| 14067949 | + | Citizens Bank of Pennsylvania, c/o Ron Woodman, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Fifth Floor, Jenkintown, PA 19046-2627 |
| 14058807 | + | Crest Foods Inc., 101 W. Renner Road, Richardson, TX 75082-2002 |
| 14444199 | + | FLAGSTAR BANK F.S.B. AS SERVICING, AGENT FOR LAKEVIEW, LOAN SERVICING, LLC, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14440546 | | Flagstar Bank F.S.B., c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14440263 | | Flagstar Bank F.S.B., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14055306 | + | Kenneth G. Harrison, Esquire, Five Neshaminy Interplex Suite 115, Trevose, PA 19053-6967 |
| 14659399 | + | Lakeview Loan Servicing,LLC., c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14648545 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14037648 | + | Willow Grove Mall, c/o Preit Services, LLC, 200 South Broad Street, 2nd Floor, Philadelphia, PA 19102-3803 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 26 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14037642 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 00:19:00 | Citizens Bank, P.O. Box 7000, Providence, RI 02940 |
| 14037641 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 00:20:34 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14658925 | ^ | MEBN | Jan 26 2023 00:15:26 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14071710 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 00:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14044676 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 26 2023 00:20:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14065073 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 00:20:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14037644 | | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 00:20:29 | Sams Club Synchrony Bank, Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14037645 | + | Email/Text: DeftBkr@santander.us | Jan 26 2023 00:20:00 | Santander, P.O. Box 12646, Reading, PA 19612-2646 |

Case 18-10144-amc    Doc 51    Filed 01/27/23    Entered 01/28/23 00:30:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| 14046420 | + | Email/Text: DeftBkr@santander.us | | |
|---|---|---|---|---|
| | | | Jan 26 2023 00:20:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 14054109 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jan 26 2023 00:19:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14037646 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 26 2023 00:19:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14037647 | + | Email/Text: rmcbknotices@wm.com | | |
| | | | Jan 26 2023 00:20:00 | Waste Management, 415 Day Hill Road, Windsor, CT 06095-1712 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Quicken Loans Inc. cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JEFFREY KURTZMAN | on behalf of Creditor PREIT Services  LLC, as agent for WG Park, L.P. Kurtzman@kurtzmansteady.com |
| KENNETH G. HARRISON | on behalf of Debtor Pankaj N. Kamdar kghesq@juno.com |
| LAUREN S. ZABEL | on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com |
| MARIO J. HANYON | on behalf of Creditor Flagstar Bank F.S.B. As Servicing Agent For Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor FLAGSTAR BANK F.S.B. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| RON L. WOODMAN | on behalf of Creditor Citizens Bank of Pennsylvania rwoodman@fsalaw.com  mprimavera@fsalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Pankaj N. Kamdar
        Debtor(s)

Case No: 18−10144−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/23