United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-10144-amc
Pankaj N. Kamdar  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pankaj N. Kamdar, 3717 Kingston Way, Bensalem, PA 19020-1423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 10 2023 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

**Name**      **Email Address**

CHRISTOPHER M. MCMONAGLE
     on behalf of Creditor Quicken Loans Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 138FIN | Total Noticed: 3 |

JEFFREY KURTZMAN
   on behalf of Creditor PREIT Services  LLC, as agent for WG Park, L.P. Kurtzman@kurtzmansteady.com

KENNETH G. HARRISON
   on behalf of Debtor Pankaj N. Kamdar kghesq@juno.com

LAUREN S. ZABEL
   on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com

MARIO J. HANYON
   on behalf of Creditor FLAGSTAR BANK F.S.B. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
   on behalf of Creditor Flagstar Bank F.S.B. As Servicing Agent For Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

POLLY A. LANGDON
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RON L. WOODMAN
   on behalf of Creditor Citizens Bank of Pennsylvania rwoodman@fsalaw.com  mprimavera@fsalaw.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Pankaj N. Kamdar
        Debtor(s)

Case No: 18−10144−amc
Chapter: 13

___

**NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT**

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/9/23

57 − 56
Form 138FIN
